

# NUMBER 13-24-00458-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**GOLLIHAR HOLDINGS, INC.,
F/K/A NAISMITH ENGINEERING, INC.,
AND HANSON PROFESSIONAL
SERVICES, INC.,** Appellants,

**v.**

**CITY OF ALICE,** Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF NUECES COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Justice Cron**

This matter is before the Court on appellants' unopposed motion to lift abatement, dismiss appeal, and release sureties on supersedeas bond. On November 19, 2024, we

abated the appeal and referred the matter to mediation. The parties have entered into a settlement agreement, and appellants now request that the appeal be dismissed.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellants' unopposed motion to lift abatement, dismiss appeal, and release sureties on supersedeas bond is granted, and the appeal is hereby reinstated and dismissed. In accordance with the unopposed motion, and the parties' apparent agreement, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Delivered and filed on the
5th day of June, 2025.

2